IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALREE B. SWEAT, III,

    Plaintiff,

v.                                                                                 No. CIV 10-0338 JB/WPL

CITY OF LAS CRUCES, State of New
Mexico, on behalf of Las Cruces
Police Department, TODD FROATS,
and LANDIS HARTRANFT,

    Defendants.

## FINAL JUDGMENT

    Pursuant to rule 58 of the Federal Rules of Civil Procedure, and in accordance with the order entered on this date, this cause is dismissed with prejudice.

                                                                   _____

                                                                      UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Alree B. Sweat, III
Las Cruces, New Mexico

    *Plaintiff pro se*

Jared Abrams
Las Cruces City Attorney's Office
Las Cruces, New Mexico

    *Attorneys for the Defendants*